

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2016

No. 04-15-00327-CV

Erick **LOPEZ**,
Appellant

v.

Adam **HURON** D/B/A Adam's Mexican Food Products,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18827
Honorable Cathleen M. Stryker, Judge Presiding

# **O R D E R**

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Jason Pulliam, Justice

The panel has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court